IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RODNEY COLLINS**                                                                                    **PLAINTIFF**

VS.                     **CASE NO. 4:08CV003593 JMM**

**MITCH WIDLER
AND CHRISTIE WIDLER**                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this __17__ day of November, 2008.


_____
James M. Moody
United States District Judge